UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES<br>For the Use and Benefit of<br>**WINCHESTER WOODWORKING CORP.**<br>P.O. Box 2179<br>Winchester, Virginia 22604<br><br>**Plaintiff,**<br><br>v.<br><br>**LIBERTY MUTUAL INSURANCE COMPANY**<br>175 Berkely Street<br>Boston, Massachusetts 02117<br><br>SERVE:   CT CORPORATION SYSTEM<br>              1015 15th Street, NW<br>              Suite 1000<br>              Washington, DC<br><br>**Defendant.** | Civil Action No.:_____ |

## COMPLAINT

Plaintiff United States for the Use and Benefit of Winchester Woodworking Corporation ("WWC"), by and through counsel Quagliano & Seeger, P.C., for its Complaint against Defendant Liberty Mutual Insurance Company ("Liberty Mutual") alleges upon information and belief as follows:

### PARTIES

1. WWC is a Virginia corporation with its principal place of business located in Winchester, Virginia. WWC was engaged in, among other things, the business of providing woodworking services and is properly registered and licensed to transact business in the District of Columbia.

2. Liberty Mutual is a Massachusetts corporation with its principal place of

business located in Boston, Massachusetts and is properly registered and licensed to transact business in the District of Columbia.

## JURISDICTION AND VENUE

3. Jurisdiction is vested in this Court pursuant to the United States Code, Title 40 §§ 3131 *et seq*.

4. Venue is in this district is proper pursuant to 28 U.S.C. § 1391(a)(1) because the Defendant conducts business in this judicial district. Further, venue in this Court is proper under the United States Code, Title 40 §§ 3131 *et seq.*, as the Project that is the source of this dispute is located in this judicial district.

## BACKGROUND

5. On or about October 23, 2003, Sigal Construction Corporation ("Sigal"), as general contractor, entered into a contract with the General Services Administration ("Owner") for the construction of the Old State Build-Out Project, located at the Harry S. Truman Building in the District of Columbia, Contract No.: GS-11P03MKC0047 (the "Project").

6. In connection with its work at the Project, Sigal, as Principal, and Liberty Mutual as Surety, executed and delivered to the Owner a Labor & Payment Bond dated October 28, 2003, Bond No.: 17010125 (the "Payment Bond"), in accordance with the Federal Miller Act, codified at United States Code Title 40 §§ 3131 *et seq.*, securing Sigal's payment obligations to its subcontractors and suppliers on the Project. The penal sum of the bond is $38,692,598.25. A copy of the Payment Bond is attached hereto and incorporated by reference as **Exhibit 1**.

7. Sigal entered into an agreement with WWC, whereby WWC agreed to

provide labor, material and equipment to furnish designated woodworking services at the Project (the "Subcontract").

8. Between December 17, 2003, and June 30, 2005, WWC furnished certain woodworking services, materials, and supplies to Sigal at Sigal's direction and specific request for use and incorporation into the Project.

9. During the time WWC performed work at the Project, WWC submitted to Sigal payment requisitions totaling Four Hundred Twenty-Eight Thousand Two Hundred Seventy-Seven Dollars ($428,277) and Sigal submitted payments totaling Two Hundred Eighty Seven Thousand Dollars ($287,000).

10. As of June 2005, Sigal owed One Hundred Forty-One Thousand Two Hundred Seventy-Seven ($141,277) to WWC.

11. Despite WWC's demands for payment, Sigal continually refused to remit payment totaling One Hundred Forty-One Thousand Two Hundred Seventy-Seven Dollars ($141,277) for the work performed by WWC at the Project.

12. In accordance with the terms of the Federal Miller Act, on June 6, 2005, WWC notified Liberty Mutual of its claim for payment on the Bond via certified mail, return receipt requested. A true copy of WWC's Notice letter is attached hereto and incorporated by reference as **Exhibit 2**.

13. Shortly thereafter, Sigal paid WWC Seventy-Five Thousand Dollars ($75,000), leaving an outstanding balance of Sixty-Six Thousand Two Hundred Seventy-Seven Dollars ($66,277).

14. Upon receipt of the aforementioned payment, on July 6, 2005, WWC revised its payment bond claim to Sixty-Six Thousand Two Hundred Seventy-Seven

Dollars ($66,277) to reflect the Seventy-Five Thousand Dollars ($75,000) payment from Sigal.

15. Despite proper demand for payment in full of all amounts due and owing under the Subcontract, WWC has not received payment of Sixty-Six Thousand Two Hundred Seventy-Seven 00/100 Dollars ($66,277) for labor and materials it provided at the Project.

16. More than 90 days have passed since WWC's last work on the Project.

## COUNT I
## SUIT ON THE PAYMENT BOND

17. WWC incorporates by reference Paragraphs 1 through 16 as if fully set forth herein.

18. WWC is a proper claimant under the Payment Bond and the Federal Miller Act.

19. Under the Payment Bond, Liberty Mutual is liable to WWC for all costs of labor and material used or reasonably required for performance of work at the Project.

20. Despite demand for payment in full of all amounts due and owing under the Purchase Order, WWC has not received payment of Sixty-Six Thousand Two Hundred Seventy-Seven Dollars ($66,277) for the labor and materials it provided at the Project.

21. Liberty Mutual has failed and refused to pay monies due and owing under the Payment Bond.

22. WWC has satisfied any and all conditions precedent to bringing this action on the Bond.

**WHEREFORE,** Winchester Woodworking Corporation respectfully prays that

this Honorable Court enter judgment in its favor and against Liberty Mutual Insurance Company, in an amount not less than Sixty-Six Thousand Two Hundred Seventy-Seven Dollars ($66,277), together with pre-judgment interest, post-judgment interest, costs and expenses, including attorneys' fees, expending in this behalf and such other relief as the Court deems just.

Dated: 5/22/06

Respectfully submitted,

**QUAGLIANO & SEEGER, P.C.**

Seth A. Robbins, Bar No.: 471812
Corie M. Thornton Bar No.: 496392
2620 P Street, NW
Washington, DC 20007
Tel.    (202) 822-8838
Fax.   (202) 822-6982
**Counsel for Plaintiff**
**United States f/u/b of**
**Winchester Woodworking Corp.**