**FILE COPY**

## QUAGLIANO & SEEGER, P.C.
ATTORNEYS AT LAW
2620 P STREET, NW
WASHINGTON, DC 20007

TELEPHONE: (202) 822-8838
FACSIMILE: (202) 822-6982

WEB SITE: www.quagseeg.com
E-MAIL: info@quagseeg.com

JULIE QUAGLIANO WESTEMEIER
STEPHEN M. SEEGER
JAMES J. FAUGHNAN
FRED A. MENDICINO*
SETH A. ROBBINS
MICHAEL C. ZISA
DANIEL R. NASH

VIRGINIA OFFICE
LAKESIDE AT LOUDOUN TECH CENTER III
21355 RIDGETOP CIRCLE, SUITE 110
DULLES, VIRGINIA 20166
TEL. (571) 434-7590
FAX. (571) 434-9006
*NOT ADMITTED IN DC

June 6, 2005

**Via Certified Mail/Return Receipt Requested**
Receipt No. 7001 1940 0007 9791 2542
**and First Class Mail**
Liberty Mutual Insurance Company
175 Berkley Street
Boston, MA 02117
ATTN: Claims Department

Re:  **Notice of Claim on Contractor's Payment Bond**
**Principal:**  **Sigal Construction Corporation**
**Project:**   **Old State Build Out Project - Interior Renovation**
**Contract No.:** GS-11P03MKC0047
**Bond No.:**  17010125
**Claimant:**  **Winchester Woodworking Corporation**

Dear Sir or Madam:

This firm represents Winchester Woodworking Corporation ("Winchester"), the millwork subcontractor to Sigal Construction Corporation ("Sigal") on the above Project. Despite demand, Winchester is presently owed the sum of One Hundred Forty-One Thousand Two Hundred Seventy-Seven Dollars ($141,277.00) from Sigal in connection with Winchester's services and materials supplied to the Project.

As a result of Sigal's non-payment, this is Winchester's formal demand for payment and notice of claim against the above-referenced bond. Kindly forward to my office a Proof of Claim and a request for any other documentation you will need to investigate my client's claim.

Thank you in advance for your attention to this matter. Please feel free to call me if you have any questions or wish to discuss this matter further.

Very truly yours,

Seth A. Robbins

cc:  James R. Hamilton, Sr.
     Ms. Bonnie Echoles, GSA Contract Manager
     Sigal Construction Corp.        **Via Certified Mail/Return Receipt Requested**
     3299 K Street, NW               Receipt No.: 7001 1940 0007 9791 2559
     Washington, DC 20007            **and First Class Mail**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■<br><br>1.<br><br>**Liberty Mutual Insurance Co.**<br>**175 Berkley Street**<br>**Boston, MA  02117**<br>**Attn: Claims Department** | A. Signature<br>X [signature]   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  6-9-05<br>D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>   ☐ Certified Mail   ☐ Express Mail<br>   ☐ Registered   ☐ Return Receipt for Merchandise<br>   ☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>   (Transfer from service label)   7001 1940 0007 9791 2542 | |

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1035



U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

Postage  $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $

Postmark Here  6/6/05

Sent To: Liberty Mutual Ins. Co.
Street, Apt. No.; or PO Box No.: 175 Berkley St
City, State, ZIP+4: Boston, MA 02117 (claims)

7001 1940 0007 9791 2542

PS Form 3800, January 2001   See Reverse for Instructions

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits.<br><br>1. Article Addressed to:<br><br>Sigal Construction Corp.<br>3299 K Street, NW<br>Washington, DC  20007 | A. Signature<br>X ___  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery<br>P. Kilby                         6/8/05<br>D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:    ☐ No<br><br>3. Service Type<br>☐ Certified Mail    ☒ Express Mail<br>☐ Registered        ☐ Return Receipt for Merchandise<br>☐ Insured Mail      ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7001 1940 0007 9791 2559 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only: No Insurance Coverage Provided)

OFFICIAL USE

Postage  $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees  $

Postmark Here   6/6/05

Sent To: Sigal Construction
Street, Apt. No.; or PO Box No.: 3299 K Street NW
City, State, ZIP+4: Wash. DC 20007

PS Form 3800, January 2001    See Reverse for Instructions

Article Number: 7001 1940 0007 9791 2559