AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

WINCHESTER WOODWORKING CORP.

**SUMMONS IN A CIVIL CASE**

V.

LIBERTY MUTUAL INSURANCE COMPANY

CASE NUMBER 1:06CV00970

CASE N JUDGE: Ellen Segal Huvelle

DECK TYPE: Contract

DATE STAMP: 05/24/2006

TO: (Name and address of Defendant)

Defendant:
LIBERTY MUTUAL INSURANCE COMPANY
175 Berkely Street
Boston, Massachusetts 02117

SERVE: CT Corp.
1015 15th Street NW
Suite 1000
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Seth A. Robbins, Esq.
QUAGLIANO & SEEGER, P.C.
2620 P Street, NW
Washington, DC 20007
Tel. No.: (202) 822-8838

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                MAY 2 4 2006

CLERK                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint* was made by me(1) | DATE<br>06-07-06 at 11:55 a.m. |
| NAME OF SERVER (PRINT)<br>Robert Proffitt | TITLE<br>Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): **By serving Anthony Serrette, Fulfillment Specialist, authorized to accept. Service was completed at 1015 15th Street, NW, Suite 1000, Washington, DC 20005.**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   06-07-06
                    Date

Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

*Address of Server*

*Notice of Right to Consent to Trial Before United States Magistrate Judge, Exhibits 1-2 and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.