AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States f/u/b/o
WINCHESTER WOODWORKING CORP.    )
        Plaintiff(s)    )    **APPEARANCE**
            )
            )
        vs.    )    CASE NUMBER  1:06 CV 00970
LIBERTY MUTUAL INSURANCE    )
COMPANY    )
        Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of  __Corie M. Thornton__  as co-counsel in this
                                      (Attorney's Name)

case for: __WINCHESTER WOODWORKING CORPORATION__
                (Name of party or parties)

June 12, 2006  
Date

_/s/ Corie M. Thornton_  
Signature

496392  
BAR IDENTIFICATION

Corie M. Thornton  
Print Name

2620 P Street N.W.  
Address

Washington DC     20007  
City     State     Zip Code

(202) 822-8838  
Phone Number