IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and Benefit of WINCHESTER WOODWORKING CORP., <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY MUTUAL INSURANCE COMPANY <br><br> Defendant. | Civil Action No. 1:06CV00970 <br><br> Judge: <br> Ellen Segal Huvelle |

### LIBERTY'S FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Liberty Mutual Insurance Company ("Liberty") in the above-captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of Liberty that have issued shares or debt securities to the public.

DATED: June 27, 2006

Respectfully submitted,

Jeffrey G. Gilmore
D.C. Bar No. 388362
AKERMAN SENTERFITT
WICKWIRE GAVIN
8100 Boone Blvd, Suite 700
Vienna, Virginia 22182

1

Phone 703-790-8750
Fax 703-448-1801
jeffrey.gilmore@akerman.com

*Counsel for Defendant Liberty Mutual Insurance Company*