IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and Benefit of WINCHESTER WOODWORKING CORP., <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY MUTUAL INSURANCE COMPANY <br><br> Defendant. | Civil Action No. 1:06CV00970 <br><br> Judge: Ellen Segal Huvelle |

## DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

Defendant Liberty Mutual Insurance Company ("Liberty"), by its undersigned counsel, moves this Court for reasons more fully explained in the attached Memorandum of Points and Authorities, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss Counts I and II of the Plaintiff's Complaint, with prejudice, for failure to state a claim upon which relief may be granted. In the alternative, Liberty moves this Court to grant summary judgment in its favor pursuant to Rule 56 of the Federal Rules of Civil Procedure, there being no genuine dispute as to any material fact and Liberty being entitled to judgment as a matter of law. An appropriate Memorandum of Points and Authorities, Statement of Material Facts, and proposed Order are submitted with this motion.

**DATED**: June 27th, 2006.

                        Respectfully submitted,

                        Jeffrey G. Gilmore
                        D.C. Bar No. 388362
                        AKERMAN SENTERFITT
                        WICKWIRE GAVIN
                        8100 Boone Blvd, Suite 700
                        Vienna, Virginia 22182
                        Phone 703-790-8750
                        Fax 703-448-1801
                        jeffrey.gilmore@akerman.com

                        *Counsel for Defendant Liberty Mutual Insurance Company*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CERTIFICATE OF SERVICE

I hereby certify that on June 27th, 2006, I electronically filed Defendant Liberty Mutual Insurance Company's Memorandum of Points and Authorities in Support of Motion to Dismiss or in the Alternative for Summary Judgment and any attachments, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing(s) to:

> Seth A. Robbins, Esq.
> Corie M. Thornton, Esq.
> 2620 P Street, NW
> Washington, DC 20007
>
> *Counsel for Plaintiff United States f/u/b Winchester Woodworking Corp.*

_____
Jeffrey G. Gilmore