IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and Benefit of WINCHESTER WOODWORKING CORP., <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY MUTUAL INSURANCE COMPANY <br><br> Defendant. | Civil Action No. 1:06CV00970 <br><br> Judge: Ellen Segal Huvelle |

### ORDER GRANTING MOTION TO DISMISS

THIS MATTER came before the Court upon the Motion to Dismiss or in the Alternative for Summary Judgment filed by Defendant Liberty Mutual Insurance Company. For the reasons stated in open court, it is hereby

ORDERED that Defendant's Motion is granted; and it is further

ORDERED that Plaintiff's Complaint be dismissed in its entirety, with prejudice; and it is further

ORDERED that Plaintiff/Counter-Defendant pay Defendant/Counter-Plaintiff's reasonable attorneys' fees and costs in bringing this motion in the amount of $_____.

_____
DISTRICT COURT JUDGE