# EXHIBIT B

# PREPARATION OF PAYROLLS

Page 1 of 1

Payroll No.: 47   for week ending: 4/24/05   for: Millwork Installation   Wage Determination No.: See Below   Dated: 04/28/05

Contract: 2790
Wall Paneling, Trim & Vanities   at: Old State Build Out

Contractor: **Signal Construction Corporation**   Subcontractor: **Winchester Woodworking Corporation**   Sub-subcontractor:

| Name & Address of Employee & Social Security Number | Contract Classification | | Hours Worked | | | | | | | Total Hours | Rate Per Hour | Total Earned | Deductions | | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | M | T | W | T | F | S | S | | | | F.O.A.B | W.H. | |
| **Richard E. Humbert** 4281 Nusbaum Rd., Taneytown, Md. 21787 SS #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 | Carpenter | ST | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 9 | 21.00 | 189.00 | | 56.28 | 132.72 |
| | | OT | | | | | | | | TOT | | | | | |
| **Kevin L. Simmons** 8643 Braxted Lane, Mannassas, VA 20110 SS #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 | Carpenter | ST | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19.90 | 0 | | | |
| | | OT | | | | | | | | | | | | | |
| **Jason A. Bidinost** 10802 Gaywood Dr., Hagerstown, Md. 21740 SS #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 | Unskilled Labor | ST | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15.50 | 0 | | | |
| | | OT | | | | | | | | | | | | | |
| **Charles Kirk Karn** 111 Palomino Dr.,Falling Waters, WV 25419 SS# 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 | Carpenter | ST | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 19.75 | 0 | | | |
| | | OT | | | | | | | | | | | | | |
| **Kevin M. Dagliano** 16702 Tammany Lane, Williamsport, Md. 21795 SS #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 | Supervisor | ST | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | Salaried | 0 | | | Salaried |
| | | OT | | | | | | | | | | | | | |
| | | ST | | | | | | | | | | | | | |
| | | OT | | | | | | | | | | | | | |
| | | ST | | | | | | | | | | | | | |
| | | OT | | | | | | | | | | | | | |