# EXHIBIT D

# Winchester Woodworking Corp. v. Liberty Mutual Insurance Company

## Affidavit of Kerric T. Baird

Kerric T. Baird, having been duly sworn, deposes and states as follows:

1. I am over the age of 18, and I have personal knowledge of the facts set forth in this Affidavit.

2. I am currently a Vice President at Sigal Construction Corporation ("Sigal"). As part of my employment with Sigal, I served as the Project Executive on the Old State Build-Out project, located at the Harry Truman Building in the District of Columbia (the "Project").

3. In my capacity as Vice President, I am personally aware of the payroll records and Statements of Compliance associated with those records maintained by Sigal for the Project.

4. The payroll record dated April 28, 2005 and marked Exhibit B to Liberty Mutual Insurance Company's ("Liberty") Motion to Dismiss or in the Alternative for Summary Judgment is a true and accurate copy of the payroll record submitted by Winchester Woodworking Corporation ("Winchester") to Sigal.

5. The payroll record dated April 28, 2005 and marked Exhibit B to Liberty's Motion to Dismiss or in the Alternative for Summary Judgment was the last-dated payroll record submitted to the General Services Administration (the "Owner") for labor or materials supplied to the Project by Winchester.

6. The Statement of Compliance dated May 2, 2005 and marked Exhibit C to Liberty's Mutual Insurance Company's Motion to Dismiss or in the Alternative for Summary Judgment is a true and accurate copy of the Statement of Compliance submitted by Winchester to Sigal.

7. The Statement of Compliance dated May 2, 2005 and marked Exhibit C to Liberty's Mutual Insurance Company's Motion to Dismiss or in the Alternative for Summary Judgment was the last-dated Statement of Compliance submitted to Sigal by Winchester for Winchester's work on the Project and the last such Statement of Compliance submitted to the Owner regarding Winchester's work on the Project.

8. Had Winchester performed any labor or supplied any materials to the Project after April 2005, such work would have been documented in the payroll records and Statements of Compliance, as required by federal law.

1

9. In my capacity as Vice President and as Project Executive, I am personally aware of the Daily Reports Sigal maintained in connection with the Project.

10. Had Winchester performed any labor or supplied any materials to the Project after April 18, 2005, this information would have been duly recorded in the Daily Reports.

11. In my capacity as Vice President, I am personally aware of legal claims, arbitration demands, and mediation requests brought against Sigal on the Project.

12. Winchester has not filed an arbitration demand with the American Arbitration Association in connection with its work on the Project.

13. To the best of my knowledge, Winchester performed no labor and supplied no materials to the project whatsoever after April 18, 2005.

14. In my capacity as Vice President and as Project Executive, I am personally aware of the written Subcontract between Sigal and Winchester.

15. The written Subcontract attached to Liberty's Motion to Dismiss or in the Alternative for Summary Judgment as Exhibit A is complete and accurate.

I solemnly swear under penalty of perjury that the foregoing Affidavit is true and correct.

Dated this 27th day of June 2006.

Kerric T. Baird

STATE OF DC,
CITY/COUNTY OF _____

The undersigned hereby certifies that on this 27th day of June, 2006, the foregoing Kerric Baird appeared before me and made oath in due form of law that the matters and facts set forth in this Affidavit are true.

Notary Public
My Commission expires: 4/30/2007

2