# EXHIBIT E



# SIGAL

202-333-3468

3299 K Street, N.W., Washington, DC 20007
(202) 944-6600

RECEIVED

MAR 2 8 2005

**SIGAL**

## SUBCONTRACTOR REQUISITION

| | |
|---|---|
| **SIGAL #:** 02790 | **BILLING PERIOD ENDING:** 3/31/05 |
| **PROJECT:** Old State Build Out | |
| **COMPANY:** Winchester Woodworking Corporation | **REQ#:** 11 |
| **ADDRESS:** P.O. Box 2197 | **PHONE #:** 540-667-1700 |
| Winchester, VA 22604-1397 | |

| ITEM | SUB USE ONLY |
|---|---|
| 1. Amount of Contract | |
| (Item I, per attached schedule) | $ 375,000 |
| 2. Change Orders Issued to Date | |
| (Item II, per attached schedule) | $ 53,277 |
| 3. Pending EWO's & Proposals | |
| (Item III, per attached schedule) | $ 0 |
| 4. Total Items 1, 2 & 3 | $ 428,277 |
| 5. Value of Work Completed to Date | |
| (per attached schedules) | $ 428,277 |
| 6. Less Retention                     0% | $ 0 |
| 7. Net Items 5 & 6 | $ 428,277 |
| 8. Total Prior Payments | $ 247,000 |
| 9. Amount of this Requisition (Net Item 7 less 8) | $ 181,277 |

Attached is our breakdown and claimed value of work completed to date substantiating the amount in item #5 above. Neither payment on account or any invoice, change order, or other request, nor any entry by SIGAL in its records relating to such payment or work, shall constitute acceptance by SIGAL or the Owner any work or the completion of value thereof, or serve to waive any of SIGAL's rights under the of any part of Subcontract Agreement.

BY: _Margaret Westry_          DATE: 3-25-05

TITLE: Project Manager

File name: H:\361 Old State - Sigal\Requisitions\[361 req 011.xls]sigmst

# SIGAL

**PROJECT:** Old State Build Out  
**COMPANY:** Winchester Woodworking Corporation

**SIGAL #:** 02790  
**BILLING PERIOD ENDING:** 3/31/05

## I. CONTRACT SCHEDULE OF VALUES

| ITEM NUMBER | DESCRIPTION | AMOUNT | % | COMPLETE AMOUNT | SIGAL USE ONLY |
|---|---|---|---|---|---|
| 1 | Engineering | 0 | 100% | 0 | |
| 2 | Survey salvaged wood items | 40,000 | 100% | 40,000 | |
| 3 | Salvg/mod.frames/panels/trim/cab | 32,148 | 100% | 32,148 | |
| 4 | Install sal./new panels/trim/base | 138,652 | 100% | 138,652 | |
| 5 | New wood enclosures at windows | 15,000 | 100% | 15,000 | |
| 6 | Install enclosures at windows | 10,800 | 100% | 10,800 | |
| 7 | New wood panel/trim | 14,000 | 100% | 14,000 | |
| 8 | New wood panels under windows | 12,000 | 100% | 12,000 | |
| 9 | Install new panels under windows | 9,800 | 100% | 9,800 | |
| 10 | Install bronze picture mold | 10,500 | 100% | 10,500 | |
| 11 | Reinstall wood frames as indicate | 22,000 | 100% | 22,000 | |
| 12 | Install doors & hardware (by other | 25,100 | 100% | 25,100 | |
| 13 | Kallista vanities | 45,000 | 100% | 45,000 | |
| 14 | | | | 0 | |
| 15 | | | | 0 | |
| 16 | | | | 0 | |
| 17 | | | | 0 | |
| 18 | | | | 0 | |
| 19 | | | | 0 | |
| 20 | | | | 0 | |
| 21 | | | | 0 | |
| 22 | | | | 0 | |
| 23 | | | | 0 | |
| 24 | | | | 0 | |
| 25 | | | | 0 | |
| 26 | | | | 0 | |
| 27 | | | | 0 | |
| 28 | | | | 0 | |
| 29 | | | | 0 | |
| 30 | | | | 0 | |

|  | I. TOTAL | 375,000 | 100% | 375,000 | |

File name: H:\361 Old State - Sigal\Requisitions\[361 req 011.xls]sigmst

# SIGAL

| PROJECT: | Old State Build Out | SIGAL #: | 02790 |
|---|---|---|---|
| COMPANY: | Winchester Woodworking Corporation | BILLING PERIOD ENDING: | 3/31/05 |

## II. CHANGE ORDERS ISSUED TO DATE

| COST ITEM NUMBER | DESCRIPTION | AMOUNT | % | COMPLETE AMOUNT | SIGAL USE ONLY |
|---|---|---|---|---|---|
| 533 | delete 10 historic vanities | (45,000.00) | 100% | (4  ) | |
| 8 | new paneling at 5936A, CO4 | 1,800.00 | 100% | 1,800 | |
| 8 | new paneling at 5932B, CO4 | 44,280.00 | 100% | 44,280 | |
| 8 | new paneling at 5950B, CO4 | 44,280.00 | 100% | 44,280 | |
| 8 | additional work at 5934C, CO4 | 810.00 | 100% | 810 | |
| | additional door jamb work, CO1 | 3,500.00 | 100% | 3,500 | |
| 262 | delete new WD paneling, CO5 | (62,910.00) | 100% | (62,910) | |
| 520 & others | additional paneling, CO6 | 55,590.00 | 100% | 55,590 | |
| 520, 163 | additional work doors & frms, CO7 | 15,415.00 | 100% | 15,415 | |
| | delete wood base, CO8 | (4,488.00) | 100% | (4,488) | |
| | | | | 0 | |
| | | | | 0 | |
| | | | | 0 | |
| | | | | 0 | |
| | | | | 0 | |
| | II. TOTAL | 53,277 | | 53,277 | |

## III. EXTRA WORK ORDERS (EWO'S) OR PROPOSALS PENDING

| COST ITEM NUMBER | DESCRIPTION | AMOUNT | % | COMPLETE AMOUNT | SIGAL USE ONLY |
|---|---|---|---|---|---|
| | | | | 0 | |
| | | | | 0 | |
| | | | | 0 | |
| | | | | 0 | |
| | | | | 0 | |
| | | | | 0 | |
| | | | | 0 | |
| | | | | 0 | |
| | | | | 0 | |
| | | | | 0 | |
| | III. TOTAL | 0 | | 0 | |

File name: H:\361 Old State - Sigal\Requisitions\361 req 011.xls]sigmst