UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES of AMERICA )<br>For the Use and Benefit of )<br>WINCHESTER WOODWORKING CORP., )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>LIBERTY MUTUAL INSURANCE COMPANY, )<br>)<br>**Defendant.** )<br>) | Civil Action No.<br>1:06cv00970<br><br>Judge:<br>Ellen Segal Huvelle |

**PLAINTIFF WINCHESTER WOODWORKING CORPORATION'S
OPPOSITION TO DEFENDANT LIBERTY MUTUAL
INSURANCE COMPANY'S MOTION TO DISMISS OR IN
<u>THE ALTERNATIVE FOR SUMMARY JUDGMENT</u>**

Plaintiff, the United States for the use and benefit of Winchester Woodworking Corporation ("Winchester"), by and through undersigned counsel, and pursuant to Federal Rules of Civil Procedure Rules 7 and 56 and Local Rules 7(b) and 56.1, submits this Opposition to the Motion to Dismiss or in the Alternative Summary Judgment filed by Defendant, Liberty Mutual Insurance Company ("Liberty Mutual"). Attached and incorporated herewith is Winchester's Memorandum of Law in Support of Plaintiff's Opposition to Defendant's Motion to Dismiss.

WHEREFORE, Plaintiff, Winchester Woodworking Corporation, requests that this Court DENY Defendant's Motion to Dismiss or in the Alternative for Summary Judgment, ORDER Defendant to file its Answer within five (5) days, and award Winchester any and all further relief this Court deems fair and just.

Dated:  July 13, 2006                                         Respectfully submitted,

**QUAGLIANO & SEEGER, P.C.**

/s/ Corie M. Thornton

Seth A. Robbins, Bar No.:  471812
Corie M. Thornton Bar No.:  496392
2620 P Street, NW
Washington, DC 20007
Tel.    (202) 822-8838
Fax.    (202) 822-6982
**Counsel for Plaintiff
United States f/u/b of
Winchester Woodworking Corp.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Opposition was served electronically and by first class mail, postage pre-paid on July 13, 2006, upon:

Jeffrey G. Gilmore, Esq.
ACKERMAN SENTERFITT WICKWIRE GAVIN
8100 Boone Blvd, Suite 700
Vienna, Virginia 22182
Tel. 703-790-8750
Fax. 703-448-1801

**Counsel for Defendant Liberty
Mutual Insurance Company**

/s/ Corie M. Thornton

Corie M. Thornton