UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES of AMERICA )<br>For the Use and Benefit of )<br>WINCHESTER WOODWORKING CORP., )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>LIBERTY MUTUAL INSURANCE COMPANY, )<br>)<br>**Defendant.** )<br>) | Civil Action No.<br>1:06cv00970<br><br>Judge:<br>Ellen Segal Huvelle |

**ORDER DENYING DEFENDANT LIBERTY MUTUAL
INSURANCE COMPANY'S MOTION TO DISMISS OR IN
THE ALTERNATIVE FOR SUMMARY JUDGMENT**

This matter came before the Court upon the Motion to Dismiss or in the Alternative for Summary Judgment filed by Defendant Liberty Mutual Insurance Company and Plaintiff Winchester Woodworking Corporation's opposition thereto, and the record herein; and

UPON CONSIDERATION WHEREOF, for the reasons set forth from the bench during the hearing on this matter; it is this _____ day of _____, 2006;

ORDERED, that the Defendant's motion is DENIED; and it is further

ORDERED that Defendant shall file its answer within five (5) days of this Order.

_____
DISTRICT COURT JUDGE

Copies to:

Seth A. Robbins, Esq.
Corie M. Thornton, Esq.
QUAGLIANO & SEEGER, P.C.
2620 P Street, NW
Washington, DC 20007

Jeffrey G. Gilmore, Esq.
ACKERMAN SENTERFITT WICKWIRE GAVIN
8100 Boone Blvd, Suite 700
Vienna, Virginia 22182