IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and Benefit of WINCHESTER WOODWORKING CORP., <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY MUTUAL INSURANCE COMPANY <br><br> Defendant. | Civil Action No. 1:06CV00970 (ESH) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Simon J. Santiago of Akerman Senterfitt Wickwire Gavin hereby enters his appearance as counsel for Defendant Liberty Mutual Insurance Company in the above-captioned case.

**DATED**: August 16, 2006

                                                  Respectfully submitted,

                                                  _____
                                                  Jeffrey G. Gilmore
                                                  D.C. Bar No. 388362
                                                  Simon J. Santiago
                                                  D.C. Bar No. 461742
                                                  AKERMAN SENTERFITT
                                                  WICKWIRE GAVIN
                                                  8100 Boone Blvd, Suite 700
                                                  Vienna, Virginia 22182
                                                  Phone 703-790-8750
                                                  Fax 703-448-1801

                                                  *Counsel for Defendant Liberty Mutual Insurance Company*