# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and Benefit of WINCHESTER WOODWORKING CORP., )<br><br>Plaintiff, )<br><br>v. )<br><br>LIBERTY MUTUAL INSURANCE COMPANY )<br><br>Defendant. ) | Civil Action No.<br>1:06CV00970 (ESH) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Simon J. Santiago of Akerman Senterfitt Wickwire Gavin hereby withdraws his appearance as counsel for Defendant Liberty Mutual Insurance Company in the above-captioned case.

**DATED**: September 6, 2006

Respectfully submitted,

_____/S/_____
Simon J. Santiago
D.C. Bar No. 461742
AKERMAN SENTERFITT
WICKWIRE GAVIN
8100 Boone Blvd, Suite 700
Vienna, Virginia 22182
Phone 703-790-8750
Fax 703-448-1801

*Counsel for Defendant Liberty Mutual Insurance Company*