IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and Benefit of WINCHESTER WOODWORKING CORP., <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY MUTUAL INSURANCE COMPANY <br><br> Defendant. | Civil Action No. 1:06CV00970 <br><br> Judge: Ellen Segal Huvelle |

**LIBERTY MUTUAL INSURANCE COMPANY'S INITIAL DISCLOSURES**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendant Liberty Mutual Insurance Company ("Liberty") makes the following initial disclosures:

1. <u>Individuals</u>. The following individuals are likely to have discoverable information that Liberty may use to support its defenses:

   a. Kerric T. Baird, Vice President, Sigal Construction Corporation 3299 K Street, NW, Washington, DC 20007 (202) 944-6600. Mr. Baird has knowledge of Winchester's performance of its Subcontract with Sigal on the Old State Build-Out Project (the "Project") and of Winchester's claims relating to the Project.

   b. Taryn Morgan, Project Manager, Sigal Construction Corporation, 3299 K Street, NW, Washington, DC 20007 (202) 944-6600. Ms. Morgan has knowledge of Winchester's performance of its Subcontract with Sigal on the Project.

1

  c. Gordon Raines, Superintendent, Sigal Construction Corporation, 3299 K Street, NW, Washington, DC 20007 (202) 944-6600. Mr. Raines has knowledge of Winchester's performance of its Subcontract with Sigal on the Project.

  d. David Brooks, Project Manager, (formerly of Sigal Construction) current address unknown). Has knowledge of Winchester's performance of its Subcontract with Sigal on the Project.

  e. James R. Hamilton, President, Winchester Woodworking Corp., 351 Victory Road, Winchester, VA 22604 (540) 667-1700. By information and belief, Mr. Hamilton supervised and/or performed work on the Project and has knowledge related thereto.

  f. Margaret Wester, Project Manager, Winchester Woodworking Corp., 351 Victory Road, Winchester, VA 22604 (540) 667-1700. By information and belief, Ms. Wester supervised and/or performed work on the Project and has knowledge related thereto.

  g. Kevin Dagliano, General Superintendant, Winchester Woodworking Corp., 351 Victory Road, Winchester, VA 22604 (540) 667-1700. Has knowledge concerning work performed on site.

Liberty also relies upon all individuals identified in Winchester's initial disclosures and incorporate those potential witnesses as if fully set forth herein. Liberty further reserves the right to supplement this list of individuals as additional facts become known during discovery.

2. <u>Documents</u>. Documents that Liberty may rely upon to support its defenses include:

a. Payroll Records maintained by Sigal and/or Winchester relating to Winchester's work on the Project. Certain payroll records were submitted with Liberty's Motion for Summary Judgment; remaining records are in the possession of Winchester.

b. Statements of Compliance prepared by Winchester for submission to the Owner. Certain Statements of Compliance were submitted with Liberty's Motion for Summary Judgment; remaining records are in the possession of Winchester.

c. Daily Reports maintained by Sigal. The Daily Reports are in the possession of Sigal and may be obtained by Winchester in the normal course of discovery.

d. Payment Applications submitted by Winchester to Sigal. Certain payment applications were submitted with Liberty's Motion for Summary Judgment; remaining payment applications are in the possession of Winchester.

e. Written correspondence between Winchester and Liberty and between Winchester and Sigal. This correspondence includes Winchester's letter to Liberty of June 6, 2005, attached to the Complaint as Exhibit 2 and already in Winchester's possession; remaining correspondence is in the possession of Sigal and/or Liberty and may be obtained by Winchester in the normal course of discovery to the extent that Winchester is not already in possession of the same.

  f. The Subcontract Agreement between Sigal and Winchester. Winchester is already in possession of the Subcontract.

  g. The Payment Bond sued upon by Winchester in this matter. Winchester is already in possession of the Payment Bond.

  h. Sigal's project files relating to the Old State Build-Out Project. These files are in the possession of Sigal and may be obtained by Winchester in the normal course of discovery, to the extent any requested records are germane to the claims.

  In addition to the above, Liberty expressly reserves the right to support its defenses by use of additional documents which are made known to Liberty during the course of discovery.

  3. <u>Damages</u>. Liberty is in the process of determining the total value of offsets to Winchester's claims, consistent with the defenses asserted in Liberty's Answer. After applying offsets and credits for work not performed by Winchester, Sigal is currently owed $42,596, This amount was computed by (1) reducing the amount claimed for unauthorized changes claimed by Winchester; (2) credits for work that Winchester did not performed as required by the subcontract; (3) adjustments in the approved quantities of work for unit price items, and; (4) the value of work performed by others that Winchester failed to complete. This amount does not include potential unit price reductions that may be obtained by the Government pursuant to the VEQ Clause. Documentation related to these calculations are contained in Sigal's project files, and may be obtained by Winchester in the normal course of discovery.

Liberty also reserves the right to claim additional recovery against Winchester to the extent additional facts or claims become known during discovery. Liberty also expressly reserves the right to supplement its computation of damages.

4.  <u>Insurance</u>. Liberty is not aware of any insurance policies that would satisfy any part of any judgment awarded in this action. Liberty anticipates that such information will become known during the course of discovery.

**DATED:**   October 16, 2006

Respectfully submitted,

/s/ Jeffrey G. Gilmore

Jeffrey G. Gilmore
D.C. Bar No. 388362
AKERMAN SENTERFITT
WICKWIRE GAVIN
8100 Boone Blvd, Suite 700
Vienna, Virginia 22182
Phone 703-790-8750
Fax 703-448-1801
jeff.gilmore@akerman.com

*Counsel for Defendant Liberty Mutual Insurance Company*