UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES of AMERICA )<br>For the Use and Benefit of )<br>WINCHESTER WOODWORKING CORP., )<br>　　　　　　　　　　　　　　　　　　　　　) <br>　　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　　　　　)<br>v. 　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>LIBERTY MUTUAL INSURANCE COMPANY, )<br>　　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　Defendant. )<br>　　　　　　　　　　　　　　　　　　　　　) | Civil Action No.<br>1:06cv00970<br><br>Judge:<br>Ellen Segal Huvelle |

**PLAINTIFF'S RULE 26(a)(2) DISCLOSURES**

COMES NOW, Plaintiff Winchester Woodworking Corp. ("Winchester"), by and through counsel Quagliano & Seeger, P.C., and pursuant to the Court's Scheduling Order, and Fed. R. Civ. P. 26(a)(2), hereby identifies the following individuals as hybrid fact/expert witnesses:

1. **Mr. James R. Hamilton**, President, Winchester Woodworking Corp., 351 Victory Road, Winchester, VA 22604;

2. **Ms. Margaret Wester**, Project Manager, Winchester Woodworking Corp., 351 Victory Road, P.O. Box 2197, Winchester, Virginia 22602;

3. **Mr. Kevin Dagliano**, Installation Manager, Winchester Woodworking Corp., 351 Victory Road, P.O. Box 2197, Winchester, Virginia 22602; and

4. **Mr. Richard Humbert**, Installer/Job Captain, Winchester Woodworking Corp., 351 Victory Road, P.O. Box 2197, Winchester, Virginia 22602.

DATED: November 1, 2006					Respectfully submitted,

**QUAGLIANO & SEEGER, P.C.**

/s/ Corie M. Thornton

_____

Seth A. Robbins, Bar No.:  471812
Corie M. Thornton Bar No.:  496392
2620 P Street, NW
Washington, DC 20007
Tel.	(202) 822-8838
Fax.	(202) 822-6982
**Counsel for Plaintiff
United States f/u/b/o
Winchester Woodworking Corp.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Expert Disclosures was sent electronically and by first class mail, postage pre-paid on November 1, 2006, upon:

Jeffrey G. Gilmore, Esq.
ACKERMAN SENTERFITT WICKWIRE GAVIN
8100 Boone Blvd, Suite 700
Vienna, Virginia 22182
Tel. 703-790-8750
Fax. 703-448-1801

**Counsel for Defendant Liberty Mutual Insurance Company**


/**s**/ Corie M. Thornton

_____

Corie M. Thornton