## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES of AMERICA**    * <br> **For the Use and Benefit of** <br> **WINCHESTER WOODWORKING CORP.,**    * <br><br>      **Plaintiff,**    * <br><br> **v.**    * <br><br> **LIBERTY MUTUAL INSURANCE COMPANY,**    * <br><br>      **Defendant.**    * | Civil Action No. <br> 1:06cv00970 <br><br> Judge: <br> Ellen Segal Huvelle |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, United States of America f/u/b/o Winchester Woodworking Corp. and Liberty Mutual Insurance Company, all parties to this action, by and through their attorneys and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby dismiss the above-captioned action with prejudice.

**Dated: January 5, 2007**                                    Respectfully submitted,

**QUAGLIANO & SEEGER, P.C.**                     **AKERMAN SENTERFITT**
                                                                                    **WICKWIRE GAVIN**


*/s/ Seth A. Robbins*                                              */s/ Jeffrey G. Gilmore*

Seth A. Robbins, Bar No.: 471812                      Jeffrey G. Gilmore, Bar No.: 388362
2620 P Street, NW                                                  8100 Boone Blvd, Suite 700
Washington, DC 20007                                         Vienna, Virginia 22182
Tel. (202) 822-8838                                                Tel.     703-790-8750
Fax. (202) 822-6982                                               Fax.    703-448-1801
e-mail: Robbins@quagseeg.com                       e-mail : jeff.gilmore@akerman.com
**Counsel for Plaintiff**                                            **Counsel for Defendant**
**Winchester Woodworking Corp.**                    **Liberty Mutual Insurance Company**